COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:           ESP Resources, Inc. v. Madoff Energy Holdings, LLC

Appellate case number:         01-14-00374-CV

Trial court case number:        2013-51833

Trial court:                    295th District Court of Harris County

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C), the parties have filed a joint motion, representing that they have agreed to settle the matter and requesting that the Court abate this appeal to facilitate settlement. We grant the motion.

Accordingly, we abate the appeal and remand the cause to permit proceedings in the trial court to effectuate the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). The parties shall file a motion to reinstate and a motion to dismiss the appeal, or other appropriate motion, no later than 30 days from the date of this order. If the parties' settlement agreement is not finalized by that date, the parties shall file a report advising the Court of the status of the settlement proceedings.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature:    /s/ <u>Jim Sharp</u>
                         ☒ Acting individually    ☐ Acting for the Court

Date: September 23, 2014